**DISMISS and Opinion Filed June 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00168-CV

**DALLAS CLEAN ENERGY MCCOMMAS BLUFF, LLC, Appellant**
**V.**
**WESTERN SURETY COMPANY, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-00510-CV**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Francis

Before the Court is appellant's motion to dismiss the appeal. Appellant seeks voluntary dismissal of the appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

150168F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DALLAS CLEAN ENERGY MCCOMMAS BLUFF, LLC, Appellant

No. 05-15-00168-CV      V.

WESTERN SURETY COMPANY, Appellee

On Appeal from the 95th Judicial District Court, Dallas County, Texas.
Trial Court Cause No. DC-15-00510-CV.
Opinion delivered by Justice Francis.
Justices Lang-Miers and Whitehill, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee WESTERN SURETY COMPANY recover its costs of this appeal from appellant DALLAS CLEAN ENERGY MCCOMMAS BLUFF, LLC.

Judgment entered June 3, 2015.